COLUMBIA DISTILLING COMPANY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Columbia Distilling Co.* v. *State of New York*, 183 App. Div. 345, affirmed.

(Argued November 19, 1919; decided December 9, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1918, which affirmed a judgment of the Court of Claims dismissing the plaintiff's claim for damage to its real property arising from the appropriation by the state of certain water rights and privileges alleged to be appurtenant to said property. The question was whether the easement rights to which claimant claimed title, in the 0.619 acre parcel of land, constituting a part of the bed of Bear race, appropriated by the State by appropriation map, No. 4397, viz., the right to continue to draw thereover from the Seneca Outlet " sufficient

water   *  -  *   *   to make and be equivalent to two full runs of stone," were extinguished and lost by abandonment and nonuser prior to May, 1913.

*George P. Decker* for appellant.

*Charles   D.   Newton,   Attorney-General   (Edward   J. Mone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.